# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| **Juan Luis Torres Becerra,**<br>*Petitioner,* | § § § § | |
| *v.* | § § § | NO. 6:26-CV-00039-ADA-DNM |
| **MARCOS CHARLES, Acting Executive Associate Director, Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement, et al.,**<br>*Respondents.* | § § § § § § § | |

## ORDER

Before the Court is Petitioner's Petition for Writ of Habeus Corpus. (Dkt. 1) After carefully considering the parties' arguments and the relevant law, the Court ORDERS that:

(1) Respondents must immediately release Petitioner from custody under conditions no more restrictive than those in place prior to the detention at issue in this case; (2) Respondents must notify Petitioner's counsel by email (nelly@xavierlawfirm.com) of the exact location and time of Petitioner's release as soon as is practicable, and no less than two hours before release; (3) Respondents are enjoined from detaining Petitioner under 8 U.S.C. § 1225; and (4) Respondents must provide a status report by February 6, 2026, detailing their compliance with the Court's order.

**IT IS SO ORDERED.**

**SIGNED** on February 4, 2026.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE